UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED
OCT 21 2015
David J. Bradley, Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| vs. § | CR. NO. H-14-94 SS |
| § | |
| RAFAEL RAMON RODRIGUEZ § | FILED UNDER SEAL |
| a.k.a. "PELON" | |

### SECOND SUPERSEDING INDICTMENT

THE GRAND JURY CHARGES THAT:

**Sealed**
Public and unofficial staff access to this instrument are prohibited by court order.

### COUNT ONE
(Conspiracy to Possess with the Intent to Distribute a Controlled Substance)

From early 2013, through the date of this Second Superseding Indictment, in the Southern District of Texas, and elsewhere,

**RAFAEL RAMON RODRIGUEZ a.k.a. "PELON,"**

defendant herein, did unlawfully, knowingly, and intentionally, combine, conspire, confederate, and agree with others, known and unknown to the Grand Jury, to possess with the intent to distribute a controlled substance, to wit: 50 grams or more of methamphetamine, a Schedule II controlled substance; and 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), 841(b)(1)(A)(viii) and 841(b)(1)(A)(ii).

A TRUE BILL

Original Signature on File
_____
FOREPERSON OF THE GRAND JURY

KENNETH MAGIDSON
UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF TEXAS

By: _____
SHELLEY J. HICKS
Assistant United States Attorney
Southern District of Texas
(713) 567-9711

2