**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § § § § | CRIMINAL NO. H-14-094-15 |
| RAFAEL RAMON RODRIGUEZ | § | |

**O R D E R**

The defendant filed an unopposed motion for continuance of the rearraignment hearing, (Docket Entry No. 591). The motion for continuance is GRANTED. The rearraignment hearing before Judge Milloy is reset to **May 12, 2016 at 3:30 p.m.**

SIGNED on April 27, 2016, at Houston, Texas.

Lee H. Rosenthal
United States District Judge