# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-14-094-15 |
| | § | |
| RAFAEL RAMON RODRIGUEZ | § | |

# O R D E R

The defendant filed an unopposed motion for continuance of the sentencing hearing, (Docket Entry No. 643). The motion for continuance is GRANTED. The sentencing hearing is reset to **June 8, 2017 at 9:00 a.m.**

SIGNED on April 28, 2017, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge