IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RAFAEL RAMON RODRIGUEZ | § | |
| | § | |
| v. | § | CRIMINAL ACTION NO. 14-94-15 |
| | § | CIVIL ACTION NO. H-18-4778 |
| | § | |
| UNITED STATES OF AMERICA | § | |

# **FINAL JUDGMENT**

For the reasons set forth in the court's *Memorandum and Order* issued today, this case is DISMISSED with prejudice.

This is a FINAL JUDGMENT.

SIGNED on June 18, 2019, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge